## United States District Court for the Northern District of Illinois

Case Number: 07CV6437        Assigned/Issued By: J. N.

Judge Name: LINDBERG        Designated Magistrate Judge: COLE

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00
                [ ] IFP        [ ] No Fee    [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                           Receipt #: 1115564

Date Payment Rec'd: 11-14-07               Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

 1  Original and  1  copies on  11-14-07  as to CENTRAL PARKING
                                (Date)
SYSTEMS, INC. _____
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05