IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM A. CIRIGNANI, individually and on behalf of others similarly situated, )<br><br>Plaintiffs, )<br>)<br>v. )<br>)<br>CENTRAL PARKING SYSTEM, INC., )<br>and DOES 1-10, )<br>)<br>Defendants. ) | **07-CV-6437**<br>**JUDGE LINDBERG**<br>**MAG. JUDGE COLE** |

**AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT
TO ANSWER COMPLAINT OR OTHERWISE PLEAD**

Defendant Central Parking System, Inc. ("CPS") hereby moves this Court pursuant to Federal Rule of Civil Procedure 6(b), for an extension of time from December 10, 2007, to January 7, 2008, to answer the complaint of Plaintiff William Cirignani or otherwise plead. In support of its motion, CPS states as follows:

1. On November 14, 2007, Plaintiff filed the present action with this Court, which was served upon CPS' registered agent on or about November 20, 2007.

2. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), CPS's answer or other pleading is due to be filed on December 10, 2007.

3. CPS is in the process of investigating the claims in the Complaint.

4. This is CPS's first request for an extension of time in this matter.

5. Counsel for Plaintiff has been consulted about this request and has no objection to

2

the extension.

        WHEREFORE, CPS requests that the Court enter an order extending the time in which CPS may answer or otherwise plead, to and including January 7, 2008.

        Respectfully submitted,

        **CENTRAL PARKING SYSTEM, INC.**

        By:  /s/ Jessica S. Robinson
            One of its attorneys

Frederic J. Artwick
Theodore R. Scarborough
Jessica S. Robinson
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Dated: December 10, 2007

## CERTIFICATE OF SERVICE

I, Jessica S. Robinson, an attorney, hereby certify that I caused a true and correct copy of the foregoing **Agreed Motion for Extension of Time for Defendant to Answer Complaint or Otherwise Plead** to be served by ECF upon:

> **Daniel Francis Lynch**
> **Henry M. Baskerville**
> Law Offices of Daniel Lynch
> 150 South Wacker Drive, Suite 2600
> Chicago, IL 60606
> (312)346-8700
> dan@daniellynchlaw.com
> hbaskerville@daniellynchlaw.com

on this 10th day of December, 2007.

    /s/ Jessica S. Robinson
    Jessica S. Robinson

CH1 4089854v.1