IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM A. CIRIGNANI, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **07-CV-6437** ) **JUDGE LINDBERG** ) **MAG. JUDGE COLE** |
| CENTRAL PARKING SYSTEM, INC., and DOES 1-10, | ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   ALL COUNSEL OF RECORD

   PLEASE TAKE NOTICE that on Wednesday, December 19, 2007, at 9:30 a.m., at the scheduled time for the Court to hear motions, we shall appear before the Honorable Judge George W. Lindberg, in the courtroom usually occupied by him, Room 1425, at 219 S. Dearborn Street, Chicago, Illinois, and then and there present the Agreed Motion for Extension of Time for Defendant to Answer Complaint or Otherwise Plead, which is hereby served upon you.

                              Respectfully submitted,

                              **CENTRAL PARKING SYSTEM, INC.**

                              By:  /s/ Jessica S. Robinson
                                    One of its attorneys

Frederic J. Artwick
Theodore R. Scarborough
Jessica S. Robinson
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Dated: December 10, 2007

## **CERTIFICATE OF SERVICE**

I, Jessica S. Robinson, an attorney, hereby certify that I caused a true and correct copy of the foregoing **Agreed Motion for Extension of Time for Defendant to Answer Complaint or Otherwise Plead** to be served by ECF upon:

> **Daniel Francis Lynch**
> **Henry M. Baskerville**
> Law Offices of Daniel Lynch
> 150 South Wacker Drive, Suite 2600
> Chicago, IL 60606
> (312)346-8700
> dan@daniellynchlaw.com
> hbaskerville@daniellynchlaw.com

on this 10th day of December, 2007.

/s/ Jessica S. Robinson
Jessica S. Robinson

CH1 4089890v.1