**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM A. CIRIGNANI, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | **07-CV-6437** |
| v. | ) | **JUDGE LINDBERG** |
| | ) | **MAG. JUDGE COLE** |
| CENTRAL PARKING SYSTEM, INC., and DOES 1-10, | ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CENTRAL PARKING SYSTEM'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Central Parking System, Inc. ("CPS"), by its attorneys, states that Central Parking Corporation is the parent company of CPS and no publicly held entity owns five percent or more of CPS' stock.

Respectfully submitted,

**CENTRAL PARKING SYSTEM, INC.**

By: /s/ Jessica S. Robinson
        One of its attorneys

Frederic J. Artwick
Theodore R. Scarborough
Jessica S. Robinson
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Dated: December 10, 2007

## CERTIFICATE OF SERVICE

I, Jessica S. Robinson, an attorney, hereby certify that I caused a true and correct

copy of the foregoing **Defendant Central Parking System's Corporate Disclosure Statement**

to be served by ECF upon:

> **Daniel Francis Lynch**
> **Henry M. Baskerville**
> Law Offices of Daniel Lynch
> 150 South Wacker Drive, Suite 2600
> Chicago, IL 60606
> (312)346-8700
> dan@daniellynchlaw.com
> hbaskerville@daniellynchlaw.com

on this 10th day of December, 2007.

/s/ Jessica S. Robinson
Jessica S. Robinson

CH1 4090864v.1