**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

William A. Cirignani
                        Plaintiff,

v.                                                 Case No.: 1:07−cv−06437
                                                   Honorable George W. Lindberg

Central Parking System, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 11, 2007:

      MINUTE entry before Judge George W. Lindberg : Defendant Central Parking System, Inc.'s Agreed Motion for Extension of Time for Defendant to Answer Complaint or Otherwise Plead [11] is granted. Defendant Central Parking System, Inc. is granted leave to answer Plaintiff's complaint or otherwise move on or before January 7, 2008. Status hearing set for 1/16/2008 at 9:30a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.