IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM A. CIRIGNANI, individually and on behalf of others similarly situated, )<br><br>Plaintiffs, )<br>)<br>v. )<br>)<br>CENTRAL PARKING SYSTEM, INC., )<br>and DOES 1-10, )<br>)<br>Defendants. ) | **07-CV-6437**<br>**JUDGE LINDBERG**<br>**MAG. JUDGE COLE** |

**AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT
TO ANSWER COMPLAINT OR OTHERWISE PLEAD**

Defendant Central Parking System, Inc. ("CPS") hereby moves this Court pursuant to Federal Rule of Civil Procedure 6(b), for an extension of time from January 7, 2007, to February 4, 2007, to answer the complaint of Plaintiff William Cirignani or otherwise plead. In support of its motion, CPS states as follows:

1. On November 14, 2007, Plaintiff filed the present action with this Court, which was served upon CPS' registered agent on or about November 20, 2007.

2. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), CPS's answer or other pleading was due to be filed on December 10, 2007.

3. CPS requested an extension of time to January 7, 2007, to answer the complaint or otherwise plead in order to adequately investigate the claims against it. This court granted the request on December 11, 2007.

4. Parties have since engaged settlement negotiations and continue to endeavor to settle this matter.

5. Parties will update the Court on the progress of settlement negotiations at the status hearing on January 16, 2008, at 9:30 a.m.

6. Counsel for Plaintiff has been consulted about this request and has no objection to the extension.

WHEREFORE, CPS requests that the Court enter an order extending the time in which CPS may answer or otherwise plead to and including February 4, 2008.

Respectfully submitted,

**CENTRAL PARKING SYSTEM, INC.**

By: /s/ Jessica S. Robinson
       One of its attorneys

Frederic J. Artwick
Theodore R. Scarborough
Jessica S. Robinson
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Dated: January 7, 2008

## **CERTIFICATE OF SERVICE**

I, Jessica S. Robinson, an attorney, hereby certify that I caused a true and correct copy of the foregoing **Agreed Motion for Extension of Time for Defendant to Answer Complaint or Otherwise Plead** to be served by ECF upon:

> **Daniel Francis Lynch**
> **Henry M. Baskerville**
> Law Offices of Daniel Lynch
> 150 South Wacker Drive, Suite 2600
> Chicago, IL 60606
> (312)346-8700
> dan@daniellynchlaw.com
> hbaskerville@daniellynchlaw.com

on this 7th day of January, 2008.

    /s/ Jessica S. Robinson
    Jessica S. Robinson

CH1 4112663v.1