IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM A. CIRIGNANI, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTRAL PARKING SYSTEM, INC., and DOES 1-10,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  **07-CV-6437**<br>)  **JUDGE LINDBERG**<br>)  **MAG. JUDGE COLE**<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION**

To:    ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Wednesday, January 16, 2008, at 9:30 a.m., at the scheduled time for the Court to hear motions, we shall appear before the Honorable Judge George W. Lindberg, in the courtroom usually occupied by him, Room 1425, at 219 S. Dearborn Street, Chicago, Illinois, and then and there present the Agreed Motion for Extension of Time for Defendant to Answer Complaint or Otherwise Plead, which is hereby served upon you.

                                    Respectfully submitted,

                                    **CENTRAL PARKING SYSTEM, INC.**

                                    By:  /s/ Jessica S. Robinson
                                        One of its attorneys

Frederic J. Artwick
Theodore R. Scarborough
Jessica S. Robinson
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Dated: January 7, 2008

## **CERTIFICATE OF SERVICE**

I, Jessica S. Robinson, an attorney, hereby certify that I caused a true and correct copy of the foregoing **Notice of Motion** to be served by ECF upon:

> **Daniel Francis Lynch**
> **Henry M. Baskerville**
> Law Offices of Daniel Lynch
> 150 South Wacker Drive, Suite 2600
> Chicago, IL 60606
> (312)346-8700
> dan@daniellynchlaw.com
> hbaskerville@daniellynchlaw.com

on this 7th day of January, 2008.

                                        /s/ Jessica S. Robinson
                                          Jessica S. Robinson

CH1 4112709v.1