# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

William A. Cirignani

                    Plaintiff,

v.                                    Case No.: 1:07–cv–06437

                                    Honorable George W. Lindberg

Central Parking System, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 7, 2008:

      MINUTE entry before Judge George W. Lindberg : Defendant Central Parking System, Inc.'s Agreed Motion for Extension of Time for Defendant to Answer Complaint or Otherwise Plead [15] is granted. Defendant Central Parking System, Inc. is granted leave to answer or otherwise move with respect to Plaintiff's complaint on or before February 4, 2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.