**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

William A. Cirignani
                                       Plaintiff,

v.                                                                 Case No.: 1:07−cv−06437
                                                                         Honorable George W. Lindberg

Central Parking System, Inc., et al.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 29, 2008:

       MINUTE entry before Judge George W. Lindberg :The status hearing scheduled for 1/30/2008 is stricken. By agreement of the parties, this action is hereby dismissed with prejudice with leave to reinstate on or before March 7, 2008.Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.